# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2024-0745**
Duvon Lavel Estridge v. State of Alabama (Appeal from Covington Circuit Court:
CC-21-486.73 and CC-21-486.74)

## <u>NOTICE</u>

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk